Argued October 26, affirmed November 16, 1970

## STATE OF OREGON, *Respondent, v.*
## JEREMY O'DONALD GROSS, *Appellant.*
476 P2d 928

*Harry F. Elliott,* Hillsboro, argued the cause and filed the brief for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM

Defendant was convicted of burglary in a dwel-

ling in violation of ORS 164.230 and was sentenced to not to exceed 15 years' imprisonment.

The sole contention on appeal is that the sentence is disproportionate to the offense. The court in passing sentence indicated it was taking into consideration not only the crime for which the defendant had been convicted, but his long history of anti-social behavior. The sentence is authorized by ORS 164.230.

The matter of the time in prison to be actually served by the defendant is a matter to be determined by the Board of Parole and Probation—not by this court. See *State v. James,* 3 Or App 539, 474 P2d 779 (1970).

Affirmed.